JENKINS v. PUBLIC SERVICE CO. OF N.C.

No. 387A99

Case below: 134 N.C.App. 405

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 4 November 1999.

KATH v. H.D.A. ENTERTAINMENT, INC.

No. 395P99

Case below: 134 N.C.App. 376

Petition by defendant (Joel Katz) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

KEY v. BURCHETTE

No. 394P99

Case below: 134 N.C.App. 369

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

LANNING v. FIELDCREST-CANNON, INC.

No. 360PA99

Case below: 134 N.C.App. 53

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1999.

LEACH v. KELLY SPRINGFIELD TIRE CORP.

No. 353P99

Case below: 133 N.C.App. 657

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.